### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  February 5, 2015                    105983
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                    Respondent,

        v                                MEMORANDUM AND ORDER

BENJAMIN LaPOINT,
                    Appellant.
_____

Calendar Date:  December 2, 2014

Before:  McCarthy, J.P., Garry, Egan Jr. and Lynch, JJ.

_____

    G. Scott Walling, Schenectady, for appellant.

    J. Anthony Jordan, District Attorney, Fort Edward (Sara E. Fischer of counsel), for respondent.

_____

    Appeal from a judgment of the County Court of Washington County (McKeighan, J.), rendered April 12, 2013, convicting defendant upon his plea of guilty of the crime of criminal possession of stolen property in the third degree.

    In satisfaction of a four-count indictment, defendant pleaded guilty to criminal possession of stolen property in the third degree, waived his right to appeal and was sentenced in accordance with the plea agreement to a prison term of 1⅔ to 5 years.  Defendant now appeals, and appellate counsel seeks to be relieved of his assignment on the ground that there are no nonfrivolous issues to be raised on appeal.  Upon our review of the record and defense counsel brief, we agree.  Accordingly, the judgment is affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633

[2001]).

McCarthy, J.P., Garry, Egan Jr. and Lynch, JJ., concur.


ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.


ENTER:

Robert D. Mayberger
Clerk of the Court